UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2007 MAR -7 PM 12: 40

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

KENNETH BROWN

CASE NO.   3:07-cr-47-J-33TEM
Ct.1:      18 U.S.C. § 922(g)(1)
           and § 924(e)
Forfeiture: 18 U.S.C. § 924(d) and
           28 U.S.C. § 2461(c)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about December 24, 2006, in Duval County, in the Middle District of Florida,

KENNETH BROWN,

the defendant herein, did knowingly possess in and affecting commerce, a firearm, that is, a Hi-Point, .45 caliber pistol, serial number 404595, after having previously been convicted of crimes punishable by imprisonment for a term exceeding one year, that is:

1. Unarmed Robbery, in Case Number 85-431-CF, in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, on or about March 8, 1985;

2. Count One, Sale of Cocaine, Count Two, Sale of Cocaine, Count Three, Sale of Cocaine, in Case Number 87-9506-CF, in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, on or about November 19, 1987;

3. Sale of Counterfeit Drugs, in Case Number 89-4239-CF, in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, on or about June 5, 1989;

4.  Sale or Delivery of Cocaine, in Case Number 90-9822-CF-A, in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, on or about November 13, 1990;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FORFEITURE

1.  The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

KENNETH BROWN

the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, a Hi-Point, .45 caliber pistol, serial number 404595.

2.  If any of the property described in paragraph 1, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under

the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461.

A TRUE BILL,

_____
Foreperson

PAUL I. PEREZ
United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney

By: _____
RONALD T. HENRY
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

KENNETH BROWN

## INDICTMENT

Violations:
18 U.S.C. § 922(g)(1) and § 924(e)

A true bill,

_____
Foreperson

Filed in open court this ____ day

of March A.D. 2007.

_____
Clerk

Bail $ _____

GPO 863 525